UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

NOV 0 6 2007

| | |
|---|---|
| UNITED STATES OF AMERICA ) | MAGISTRATE JUDGE MARIA VALDEZ |
| ) | No.   07 CR 733 UNITED STATES DISTRICT COURT |
| v. ) | |
| ) | Maria Valdez |
| OLUBUNMI MASHA (aka Massa) and ) | United States Magistrate Judge |
| OLABISI ADEYEMI-BAJO (aka Moni) ) | |
| ) | |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT, AFFIDAVIT, and ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the Criminal Complaint, Affidavit, and Arrest Warrant in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrant before the Arrest Warrant can be executed could alert the defendants and other subjects and compromise an ongoing investigation. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until December 6, 2007, or until the execution of the Arrest Warrant, whichever comes first.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*
BARRY RAND ELDEN
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-3540