UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
11-8-07
NOV 0 8 2007
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>OLUBUNMI MASHA (aka Massa) and )<br>OLABISI ADEYEMI-BAJO (aka Moni) )<br>) | No.   07 CR 733<br><br>Maria Valdez<br>United States Magistrate Judge |

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT, AFFIDAVIT, and ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court unseal the Criminal Complaint, Affidavit, and Arrest Warrant in this matter.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
BARRY RAND ELDEN
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-3540