AE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   07 CR 733 - 2 |
| v. | ) | |
| | ) | Maria Valdez |
| OLABISI ADEYEMI-BAJO (aka Moni) | ) | United States Magistrate Judge |
| | ) | |

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT AND QUASH
WARRANT AS TO DEFENDANT OLABISI ADEYEMI-BAJO (AKA MONI)**

The UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Federal Rule of Criminal Procedure 48(a), moves to dismiss without prejudice, as to defendant OLABISI ADEYEMI-BAJO (aka Moni), complaint 07 CR 733 - 2, and to quash the arrest warrant for defendant OLABISI ADEYEMI-BAJO (aka Moni).

FILED
NOV 21 2007
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Barry Rand Elden

BARRY RAND ELDEN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-3540