Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| CASE NUMBER | 07 CR 733 - 2 | DATE | 11/21/2007 |
| CASE TITLE | USA vs. Olabisi Adeyemi-Bajo | | |

**DOCKET ENTRY TEXT**

Government's motion to dismiss complaint and quash warrant as to defendant Olabisi Adeyemi-Bajo (AKA Moni) is granted. Enter Order. *Geraldine Soat Brown*

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|