AE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   07 CR 733 - 2 |
| v. | ) | |
| | ) | Maria Valdez |
| OLABISI ADEYEMI-BAJO (aka Moni) | ) | United States Magistrate Judge |
| | ) | |

ORDER

It is hereby ORDERED that Complaint 07 CR 733 - 2, as to defendant OLABISI ADEYEMI-BAJO (aka Moni), is dismissed, and the arrest warrant for defendant OLABISI ADEYEMI-BAJO (aka Moni) is quashed.

ENTER:

_____
MARIA VALDEZ
United States Magistrate Judge

Dated: November 21, 2007